**Antonio COLBERT, Appellant**

v.

**VICTIMS OF CRIME, Appellee.**

**No. 11–7007.**

United States Court of Appeals, District of Columbia Circuit.

March 31, 2011.

Antonio Colbert, Washington, DC, pro se.

BEFORE: SENTELLE, Chief Judge, and HENDERSON and GARLAND, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed February 8, 2011, be affirmed. The district court properly dismissed appellant's complaint as frivolous. *See Neitzke v. Williams,* 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.